## 34492. HOWARD v. GRINDELL et al.

PER CURIAM.

The parties reached a settlement of their dispute; the terms are uncontested on appeal. It was proper for the trial court to make this settlement the judgment of the court. *Herndon v. Herndon,* 227 Ga. 781 (183 SE2d 386) (1971).

*Judgment affirmed. All the Justices concur.*

SUBMITTED JANUARY 26, 1979 — DECIDED APRIL 6, 1979.

*Jack C. Bell,* for appellant.
*David N. Levine,* for appellees.